1  BENJAMIN J. FOX (CA SBN 193374)
   BFox@mofo.com
2  PURVI G. PATEL (CA SBN 270702)
   PPatel@mofo.com
3  MATTHEW J. WYATT (CA SBN 343074)
   MWyatt@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone:    213.892.5200
6  Facsimile:    213.892.5454

7  Attorneys for Defendant
   MOODSWINGS, LLC
8
   *(Additional counsel listed on next page)*
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
   AMANDA OLIVA, CARLA FEDERATION,            Case No. 2:25-cv-02114-AC
13 TARA ANDERSON, ELIA ("ELLIE")
   SANTANA, CHRISTOPHER DENNIS, AND           **STIPULATION AND [PROPOSED]**
14 LISA OWENBY, individually and on behalf of **ORDER TO EXTEND TIME TO**
   all others similarly situated,             **RESPOND TO COMPLAINT BY**
15                                            **45 DAYS (L.R. 144(a))**
                Plaintiffs,
16                                            Action Filed:    July 29, 2025
        v.
17                                            Current deadline: October 6, 2025
   MOODSWINGS, LLC,                           Proposed deadline: November 20, 2025
18
                Defendant.
19

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
Eleanor R. Grasso (*admitted pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
          egrasso@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: sbogdanovich@bursor.com

Attorneys for Plaintiffs

Pursuant to Local Rule 144(a), Plaintiffs Amanda Oliva, Carla Federation, Tara Anderson, Elia ("Ellie") Santana, Christopher Dennis, and Lisa Owenby and Defendant Moodswings, LLC, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 5, 2025, the parties stipulated and agreed to extend Defendant's deadline to respond to the Complaint from September 8 to October 6;

WHEREAS, the parties are meeting and conferring regarding Plaintiffs' claims and Defendant's defenses, including exchanging information informally, and believe it would conserve resources and promote judicial efficiency to extend Defendant's deadline to respond to the Complaint;

WHEREAS, the requested extension is made in good faith and not for delay or any other improper purpose;

NOW THEREFORE, in accordance with Local Rule 144(a) and subject to the approval of the Court, the parties hereby stipulate and agree to a 45-day extension of Defendant's deadline to respond to the Complaint to and including November 20, 2025.

Dated: October 1, 2025

BURSOR & FISHER, P.A.

(as authorized on October 1, 2025)
By: /s/ Philip L. Fraietta
Philip L. Fraietta

*Attorney for Plaintiffs*

Dated: October 1, 2025

MORRISON & FOERSTER LLP

By: /s/ Purvi G. Patel
Purvi G. Patel

*Attorney for Defendant Moodswings, LLC*

**IT IS SO ORDERED.**

Dated: October 6, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**SIGNATURE ATTESTATION**

I, Purvi G. Patel, am the ECF User whose ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY 45 DAYS (L.R. 144(a)). I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Purvi G. Patel*
Purvi G. Patel