BENJAMIN J. FOX (CA SBN 193374)
BFox@mofo.com
PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
MATTHEW J. WYATT (CA SBN 343074)
MWyatt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:    213.892.5454

Attorneys for Defendant
MOODSWINGS, LLC

*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA OLIVA, CARLA FEDERATION, TARA ANDERSON, ELIA ("ELLIE") SANTANA, CHRISTOPHER DENNIS, AND LISA OWENBY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOODSWINGS, LLC,<br><br>Defendant. | Case No. 2:25-cv-02114-DJC-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 144(a))**<br><br>Action Filed:  July 29, 2025<br><br>Current deadline:  November 20, 2025<br>Proposed deadline:  December 22, 2025 |

1
2
3
4
5

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
Eleanor R. Grasso (*admitted pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com
        egrasso@bursor.com

6
7
8
9

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: sbogdanovich@bursor.com

10

Attorneys for Plaintiffs

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to Local Rule 144(a), Plaintiffs Amanda Oliva, Carla Federation, Tara

2  Anderson, Elia ("Ellie") Santana, Christopher Dennis, and Lisa Owenby and Defendant

3  Moodswings, LLC, through their undersigned counsel, hereby stipulate as follows:

4    WHEREAS, on September 5, 2025, the parties stipulated and agreed to extend

5  Defendant's deadline to respond to the Complaint from September 8 to October 6 (ECF

6  No. 8);

7    WHEREAS, on October 1, 2025, the parties stipulated and agreed to extend

8  Defendant's deadline to respond to the Complaint to November 20 (ECF No. 10), and

9  the Court granted the extension on October 6, 2025 (ECF No. 11);

10    WHEREAS, the parties are actively meeting and conferring regarding Plaintiffs'

11  claims and Defendant's defenses to assess whether the claims can be narrowed absent

12  motion practice;

13    WHEREAS, the parties have exchanged and continue to exchange information

14  informally, including with respect to the alleged ticket fees and sales;

15    WHEREAS, given the parties' ongoing discussions regarding the claims and

16  defenses, the parties believe it would conserve resources and promote judicial economy

17  to extend Defendant's deadline to respond to the Complaint;

18    WHEREAS, the requested extension is made in good faith and not for delay or

19  any other improper purpose;

20    NOW THEREFORE, in accordance with Local Rule 144(a) and subject to the

21  approval of the Court, the parties hereby stipulate and agree to a 32-day extension of

22  Defendant's deadline to respond to the Complaint to and including December 22, 2025.

23

24  Dated:  November 17, 2025                    BURSOR & FISHER, P.A.

25                                              (as authorized on November 17, 2025)

26                                              By:  /s/ Philip L. Fraietta
27                                                   Philip L. Fraietta
                                                     **Attorney for Plaintiffs**
28

1    Dated:  November 17, 2025                    MORRISON & FOERSTER LLP

2

3                                                By:  _/s/ Purvi G. Patel_____
                                                     Purvi G. Patel
4                                                    *Attorney for Defendant*
                                                     *Moodswings, LLC*

5

6    **IT IS SO ORDERED.**

7

8    Dated:  November 17, 2025             /s/ Daniel J. Calabretta
                                           _____
9                                          THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<ins>SIGNATURE ATTESTATION</ins>**

I, Purvi G. Patel, am the ECF User whose ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 144(a)).  I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/ Purvi G. Patel*
                                        Purvi G. Patel